**WO**

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Edward Haskins and Barbara Haskins,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Brian T. Moynihan, et al.,<br><br>　　　　Defendants. | No. CV-10-1000-PHX-GMS<br><br>**ORDER** |

Pending before the Court are Defendants' Second Motion to Quash Service of Summons (Doc. 60), Plaintiffs' Response and Reply thereto (Docs. 66-67). After consideration,

**IT IS HEREBY ORDERED** that the Motion to Quash Service of Summons is Granted.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to strike the Summons Returned Executed (Docs. 62-65).

**IT IS FURTHER ORDERED** directing the Plaintiffs to properly serve the Summons and Second Amended Complaint upon Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and notice of proof of service must be filed with the Court within the time stated. It is the responsibility of Plaintiffs to familiarize themselves with the rules. The rules can be found on the Court's website at www.azd.uscourts.gov.

**IT IS FURTHER ORDERED** that if Plaintiffs fail to prosecute this action or comply with the rules or any Court Order, the Court may dismiss the action with prejudice pursuant

1 to Federal Rule of Civil Procedure 41(b).  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th
2 Cir.1992) (holding that the district court did not abuse its discretion in dismissing a pro se
3 plaintiff's complaint for failing to comply with a court order).
4    DATED this 12th day of October, 2010.

_____
G. Murray Snow
United States District Judge